IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FRANK TAYLOR, JR., : Civil No. 3:22-cv-294
:
    Plaintiff :
: (Judge Mariani)
v. :
:
DR. YAMPOLSKY, *et al.*, :
:
    Defendants :

**ORDER**

**AND NOW**, this 18th day of November, 2022, upon consideration of Defendants' motions (Docs. 18, 28) to dismiss, and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT:**

1. The motions (Docs. 18, 28) to dismiss are **GRANTED**. The complaint (Doc. 1) is **DISMISSED**.

2. The action against the John and Jane Doe Defendants is **DISMISSED** pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. *See* FED. R. CIV. P. 4(m).

3. The Clerk of Court is directed to **CLOSE** this case.

4. Any appeal from this Order is **DEEMED** frivolous and not taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

Robert D. Mariani
United States District Judge